UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANFORD L. GOLDSTEIN, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4565-HGB-SS** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | |

**ORDER**

JASON HOUP'S MOTION TO QUASH (Rec. doc. 42)

**GRANTED IN PART AND DENIED IN PART**

Before the undersigned is the motion of a non-party, Jason Houp ("Houp"), to quash a subpoena duces tecum served on him on October 23, 2007. Houp seeks relief with respect to paragraph nos. 1, 2(c), 5, 6, 12(e) and 17. The undersigned has carefully reviewed the submissions on behalf of Houp and the plaintiffs, Sanford L. Goldstein and Renee Yaffee Goldstein.

Houp's motion is granted as to paragraph no. 1.

Houp's motion is granted in part as to paragraph 2(c) and the period will be limited to September 1, 2006 through November 30, 2006.

Houp's motion is granted as to paragraph no. 5.

Houp's motion is granted in part and denied in part as to paragraph nos. 6, 12(e) and 17. All documents that Houp contends are protected from disclosure by the attorney-client privilege or the attorney-work product doctrine shall be Bates numbered and produced for in camera inspection within ten (10) working day of the entry of this order.

Counsel for the plaintiffs reported that the deposition of Jason Houp was scheduled for Tuesday, November 27, 2007. Houp shall make his best efforts to produce the documents responsive to paragraph 2(c), as limited by this order, at the deposition.

IT IS ORDERED that: (1) Houp's motion to quash (Rec. doc. 42) is GRANTED in PART and DENIED in PART in accord with the terms of this order.

New Orleans, Louisiana, this 21st day of November, 2007.

                                              SALLY SHUSHAN
                                   United States Magistrate Judge